IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL S. LEMELLE,

    Petitioner,        No. CIV S-02-1491 LKK KJM P

    vs.

CHERYL PLILER,

    Respondent.        <u>ORDER</u>

_____/

        A telephonic status hearing was held in this matter on June 8, 2005. Juliet Haley, Deputy Attorney General, appeared for respondent. Donald Lipmanson, Esq., appeared specially for petitioner. If the court determines petitioner qualifies to proceed in forma pauperis, Mr. Lipmanson will be appointed.

        The parties discussed scheduling a focused evidentiary hearing on the question whether petitioner's Sixth Amendment rights were violated when the state trial court denied petitioner's motion to substitute trial counsel and trial counsel's later motion to withdraw.

        IT IS HEREBY ORDERED:

        1. Respondent's brief opposing the evidentiary hearing shall be filed by June 24, 2005; opposition to respondent's brief shall be filed by July 1, 2005; and any reply to the opposition by July 8, 2005.

2. An evidentiary hearing will be held August 1, 2005 at 10:00 a.m. if the court determines the situation meets the requirements of 28 U.S.C. § 2254(e).

3. The Clerk of the Court is ordered to send petitioner this district's in forma pauperis application for habeas cases.  Petitioner is directed to return the completed application within ten days of the date of this order.  Thereafter the court will make further orders regarding the appointment of counsel.

4. The Clerk of the Court is serve a copy of this order electronically on Donald Lipmanson, Esq.

DATED:  June 8, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
leme1491.0ah