IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL S. LEMELLE,

    Petitioner,           No. CIV S-02-1491 LKK KJM P

   vs.

CHERYL PLILER,

    Respondent.       <u>ORDER</u>

_____/

        Petitioner is a state prison inmate proceeding with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On June 8, 2005, the court held a hearing to explore the propriety of conducting an evidentiary hearing and of appointing counsel for petitioner under Rule 8(c) of the Rules Governing Section 2254 Petitions.

        Petitioner has now submitted an application to proceed in forma pauperis, which shows he qualifies for the appointment of counsel under 18 U.S.C. § 3006A.

        Accordingly, IT IS HEREBY ORDERED:

        1. Petitioner's application to proceed in forma pauperis is granted.

        2. Donald Lipmanson, Esq., SBN 178045, 415 W. Perkins Street, Ukiah, CA 95482, telephone numbers 707-462-5838 and 707-391-7620 is appointed to represent petitioner.

/////

1       3. The Clerk of the Court is directed to serve a copy of this order on Cynthia
2 Compton, CJA Panel Administrator, Office of the Federal Defender.
3 DATED: June 27, 2005.

                        UNITED STATES MAGISTRATE JUDGE

leme1491.ifp