IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL S. LEMELLE,

    Petitioner,      No. CIV S-02-1491 LKK KJM P

    vs.

CHERYL PLILER, Warden,

    Respondent.      ORDER

_____/

    Petitioner is a state prison inmate proceeding with counsel in a petition for a writ of habeas corpus under 28 U.S.C. § 2254.

    On June 8, 2005, the court held a status hearing on the question whether to hold an evidentiary hearing. Respondent filed her opposition to an evidentiary hearing on June 21, 2005. On June 30, 2005, petitioner filed his response, arguing in part that petitioner's pursuit of collateral review in the state courts is relevant to a determination whether he failed to develop the factual basis of his claim in state court. 28 U.S.C. § 2254(e)(2).

    Although the court file includes the orders denying the state collateral attacks, it does not include copies of the petitions themselves, which may have relevance to the inquiry under 28 U.S.C. § 2254 (e)(2).

1  Accordingly, IT IS HEREBY ORDERED

2  1. Counsel must confer and determine who is in the best position to provide the
3  records; and

4  2. Within ten days of the date of this order, the parties are directed to lodge a
5  single set of the following documents:

6  a. Petition For A Writ Of Habeas Corpus, FCR194688, Solano County Superior
7  Court;

8  b. Petition For A Writ Of Habeas Corpus, A097231, First District Court of
9  Appeal;

10  c. Petition For A Writ Of Habeas Corpus, S103867, California Supreme Court.

11  DATED: July 7, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
leme1491. .rec