BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
GREGORY A. OTT
Deputy Attorney General
State Bar No. 160803
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5964
  Fax: (415) 703-1234
  Email: gregory.ott@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL LEMELLE,** | CIV-S-02-1491 LKK KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **CHERYL PLILER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until Friday, September 2, 2005, to file its reply, if any, to Petitioner's Objections to Magistrate Judge's Findings and Recommendations.

DATED: August 18, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Order - *Lemelle v. Pliler, Warden* - CIV-S-02-1491 LKK  KJM P