IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL S. LEMELLE,

    Petitioner,                    No. CIV S-02-1491 LKK KJM P

   vs.

CHERYL PLILER,

    Respondent.               ORDER

_____/

      Petitioner, a state prisoner proceeding with counsel, has timely filed a notice of appeal of this court's September 20, 2005 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

      A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

      A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

/////

1

court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

      Petitioner has made a substantial showing of the denial of a constitutional right in the following issue(s) presented in the instant petition: whether petitioner's right to the effective assistance of counsel was violated when the trial court denied his request to substitute counsel and denied trial counsel's motion to withdraw as counsel of record.

      Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED: October 25, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/leme1491.830g

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.